# Court of Appeals
# of the State of Georgia

ATLANTA,  February 18, 2020

*The Court of Appeals hereby passes the following order:*

## A20A1240. EVA FARRIS v. MARSHALL ELLIOTT et al.

Eva Farris filed suit against Marshall and Barbara Elliott in magistrate court. The magistrate court found in favor of the Elliotts, and Farris appealed to superior court. The superior court granted summary judgment in favor of the Elliotts, and Farris filed this direct appeal. We, however, lack jurisdiction.

Appeals from superior court decisions reviewing lower court decisions by certiorari or de novo proceedings must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Farris's failure to follow the proper procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED. See *Bullock*, 260 Ga. App. at 875.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/18/2020*
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*